UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

United States of America,         )    Case No. CR 3-17-70544 JX
                                  )
        *Plaintiff*,              )    STIPULATED ORDER EXCLUDING TIME
        v.                        )    UNDER THE SPEEDY TRIAL ACT
                                  )
Lapine Feafiu                     )
                                  )
        *Defendant*.              )

For the reasons stated by the parties on the record on __4/18__, ~~2016~~ 2017, the Court excludes time under the Speedy Trial Act from __4/18__, ~~2016~~ 2017 to __4/25__, ~~2016~~ 2017 and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

____    Failure to grant a continuance would be likely to result in a miscarriage of justice.
        *See* 18 U.S.C. § 3161(h)(7)(B)(i).

____    The case is so unusual or so complex, due to *[check applicable reasons]* ____ the number of defendants, ____ the nature of the prosecution, or ____ the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

____    Failure to grant a continuance would deny the defendant reasonable time to obtain counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

____    Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given counsel's other scheduled case commitments, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

__X__   Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
        *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

    **IT IS SO ORDERED.**

DATED: __4/18/17__

                                        JOSEPH C. SPERO
                                        Chief Magistrate Judge

STIPULATED: _____   _____
            Attorney for Defendant       Assistant United States Attorney

                                        **FILED**

                                        APR 18 2017

                                        SUSAN Y. SOONG
                                        CLERK, U.S. DISTRICT COURT
                                        NORTHERN DISTRICT OF CALIFORNIA