1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  CLAUDIA A. QUIROZ (CABN 254419)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7428
7      Fax: (415) 436-7234
       claudia.quiroz@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

14

15 | UNITED STATES OF AMERICA,              ) NO.  CR 17-00231-WHA
                                            )
16 |     Plaintiff,                         ) STIPULATION AND [PROPOSED] ORDER
                                            ) EXCLUDING TIME PURSUANT TO THE
17 |   v.                                   ) SPEEDY TRIAL ACT
                                            )
18 | LIPINE FAAFIU,                         )
                                            )
19 |     Defendant.                         ) Court:      Hon. William Alsup
                                            )
20                                          )

21

22      The parties appeared before the Honorable William Alsup on June 13, 2017 for a status

23 conference.  Assistant Federal Public Defender Jodi Linker appeared as counsel for Defendant Lipine

24 Faafiu and Assistant United States Attorney Claudia A. Quiroz appeared for the government.  During

25 the status conference, the defendant sought, and the government agreed, to an exclusion of time pursuant

26 to the Speedy Trial Act from June 13, 2017 to July 18, 2017 for effective preparation of counsel and for

27 continuity of counsel, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  The Court granted this

28 request, and directed the government to prepare a stipulation and proposed order.

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT
CR 17-00231-WHA

The parties move for an exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) so that defense counsel may have time to further investigate this matter, review discovery, and confer with the defendant, taking into account the exercise of due diligence. In addition, the parties move for an exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) for continuity of defense counsel because AFPD Linker will be unavailable for a brief period between now and July 18, 2017. The parties stipulate and agree that the ends of justice served by excluding the period from June 13, 2017 to July 18, 2017 from Speedy Trial Act calculations outweigh the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively, and for continuity of defense counsel.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: June 16, 2017

BRIAN J. STRETCH
United States Attorney

_____/s/_____
CLAUDIA A. QUIROZ
Assistant United States Attorney

_____/s/_____
JODI LINKER
Attorney for Lipine Faafiu

**[PROPOSED] ORDER**

Good cause having been shown, the Court HEREBY ORDERS that the period from June 13, 2017 to July 18, 2017 is excluded from the Speedy Trial Act calculations. The Court finds that the ends of justice served by excluding that period from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively, and for continuity of defense counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: June 26, 2017.

_____
HONORABLE WILLIAM ALSUP
United States District Judge

Attestation of Filer

In addition to myself, the other signatory to this document is Jodi Linker. I attest that I have her permission to enter a conformed signature on her behalf and to file the document.

DATED: June 16, 2017                         _____/s/_____
                                             CLAUDIA A. QUIROZ
                                             Assistant United States Attorney