IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LIPINE FAAFIU,

    Defendant.

No. C 17-00231 WHA

**ORDER RE TRIAL DATES**

At tomorrow's hearing, the Court will set a trial date of either November 13, 2017 or January 22, 2018. Counsel **SHALL MEET AND CONFER** in advance of the hearing and come prepared to inform the Court of which of these dates works best for counsel.

**IT IS SO ORDERED.**

Dated: September 11, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE